THE MORRIS CANAL AND BANKING COMPANY and others *vs.* THE MAYOR. AND ALDERMEN OF JERSEY CITY and others.

1. The defendants, being about to build a pier and abutments on lands under water belonging to the complainants by grant from the state, without obtaining their consent, without compensation or tender for damages, and without taking proceedings for condemnation, were enjoined.

2. That the complainants hold the lands subject to the right of public navigation, does not deprive them of the right to the protection of this court.

On motion to dissolve injunction, on bill and affidavits annexed thereto.

*Mr. W. P. Douglass* and *Mr. B. Williamson*, for the motion.

*Mr. T. N. McCarter*, contra.

THE CHANCELLOR.

The motion to dissolve the injunction must be denied. It appears by the bill, that the complainants have title derived from the state to the land under water, on which the abutments and middle pier of the proposed bridge are to be built. They have not consented to such use of the land. No compensation has been made or tendered to them for their damages, nor have any proceedings for condemnation been taken. On established principles, they are entitled to the protection of this court against such an invasion of their rights of property. The fact that they hold the land subject to the right of public navigation, secured by the act of the legislature, by which their title was granted, is not sufficient ground for denying them that protection. Nor do they appear to have forfeited their claim to the consideration of this court by laches.